UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD JAMES SIMPSON,

        Plaintiff,         Case No. 1:09-cv-824

v.         Honorable Paul L. Maloney

PRISON HEALTH SERVICES, INC. et al.,

        Defendants.
_____/

**ORDER DENYING LEAVE
TO PROCEED *IN FORMA PAUPERIS* - THREE STRIKES**

In accordance with the memorandum opinion entered this day,

**IT IS ORDERED** that the Court's order granting leave to proceed *in forma pauperis* (docket #3) is **VACATED**.

**IT IS ALSO ORDERED** that Plaintiff is **DENIED** leave to proceed *in forma pauperis* because he has "three strikes" pursuant to 28 U.S.C. § 1915(g).

**IT IS ALSO ORDERED** that within thirty days hereof, Plaintiff shall pay the $350.00 filing fee to the Clerk of this Court. Plaintiff's failure to comply with this order will result in dismissal of this case without prejudice, and assessment of the $350.00 filing fee.

Dated:   September 28, 2009         /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge