UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

―――

RICHARD JAMES SIMPSON,

        Plaintiff,                Case No. 1:09-cv-824

v.                                   Honorable Paul L. Maloney

PRISON HEALTH SERVICES, INC.
et al.,

        Defendants.
_____/

## **JUDGMENT**

      In accordance with the Order issued this date,

      **IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  November 24, 2009            /s/ Paul L. Maloney
                                             Paul L. Maloney
                                             Chief United States District Judge